12/15/2018

Bill Rankin
604 2nd Ave.
State Center, IA. 50247
515-520-0743

Honorable Judge Linda R. Reade
United States District Court for the Northern District of Iowa

Re: Justin Branon

Dear Judge Reade,

My name is Bill Rankin, my occupation is a District Manager in the Financial Services Industry and I currently reside in State Center, Iowa. Justin Branon is my nephew. But I believe that it is important to tell you that I look at him as my son. I have known him all his life; we are extremely close. We treat each other very much as father and son. I love him more than words can express and along with his wife and children I have been blessed that they are a huge part of my life. We have had many laughs, smiles, hugs and yes...tears. We have shared holidays, family get togethers, concerts and school functions. I consider myself a very lucky man for the fact that I have been able to share in their lives and the milestones they have achieved in those very special lives. Justin is a devoted father, husband and family member that has always been there any time that any kind of assistance was needed from birthday parties, to individual surprises, or assisting with moving and more importantly being there for my sister who has cancer and is physically unable to do many of the normal things we take for granted. He is also very much an animal lover that has rescued dogs and cats alike. He has maintained employment at the Country House Café in Colo, Iowa as head cook for approximately 10 years and has an excellent track record of attendance, work ethic and achievements. He and his wife Christin are home owners in Clemons, Iowa and they are pillars of that community.

As much as I hate to see him behind glass I visit him as much as I can and we always cry and talk about what he did, why he did it and the affect it has had on not only his life but the family as well. I can say without a shadow of a doubt that he is ashamed and blames no one but himself for his predicament. We have spoken about how he is not that person and have had many positive conversations about the future. When the time comes, rest assured Justin has multiple homes, employment and a large loving support group to ensure he makes the right decisions and lives a good positive life.

I thank you in advance Judge Reade for taking the time to read this letter and hopefully understanding the kind of individual Justin has and can be and how very much he is loved and necessary in this family. I and the rest of the family desperately want and need him back in our lives.

Respectfully yours,

Bill Rankin